DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARC BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3716

[March 12, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502019CF004822AXXXMB.

Marc Brown, Bowling Green, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and LOTT, JJ., concur.

* * *

***Not final until disposition of timely-filed motion for rehearing.***